UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **CINDY EMERSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CAUSE NO: 3:13-CV-00027-RLY-WGH |
| **MILLENNIUM STEEL SERVICE, LLC,** | ) ) ) ) |
| **Defendant** | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

All parties hereby stipulate to Plaintiff's dismissal, with prejudice, of all claims that were or could have been brought in the above-captioned case. Each party will bear her or its respective costs.

SO STIPULATED:

*/s/ William J. O'Neill*
William J. O'Neill
Nicole J. Gray
McDonald Hopkins LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: woneill@mcdonaldhopkins.com
         ngray@mcdonaldhopkins.com

Michael C. Terrell
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204

*Counsel for Defendant*

*/s/ Lauren E. Berger*
Lauren E. Berger
Andrew Dutkanych
Biesecker Dutkanych & Macer, LLC
411 Main Street
Evansville, Indiana 47708
Phone: (812) 424-1000
Fax: (812) 424-1005
E-mail: lberger@bdlegal.com
ad@bdlegal.com

*Counsel for Plaintiff*